UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON FAIR,

                Petitioner,

     v.

BELINDA STEWART,

                Respondent.

Case No. C06-5711 RBL/KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to Petitioner.

    DATED this 26th day of January, 2007.

                                         Karen L. Strombom
                                         United States Magistrate Judge