1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
9              AT TACOMA
10   JASON FAIR,
11              Petitioner,
12       v.                                    Case No. C06-5711 RBL/KLS
13   BELINDA STEWART,                          ORDER FOR SERVICE AND
                                               RETURN, § 2254 PETITION
14              Respondent.
15
16
17   (1)  The clerk shall arrange for service by certified mail upon respondent, a copy of the
18   petition, of all documents in support thereof, and of this Order.  All costs of service shall be
19   advanced by the United States.  The Clerk shall assemble the necessary documents to effect service.
20   The Clerk shall send petitioner a copy of this Order, and the General Order.  The clerk will also send
21   a courtesy copy of the petition to the Washington State Attorney General's Office Criminal Justice
22   Division.
23   (2)  Within forty-five (45) days after such service, respondent shall file and serve an
24   answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States District
25   Courts.  As part of such answer, respondent should state whether petitioner has exhausted available
26   state remedies, whether an evidentiary hearing is necessary, and whether there is any issue of abuse
27   of delay under Rule 9.  Respondent shall not file a dispositive motion in place of an answer without
28   ORDER FOR SERVICE AND RETURN, 2254 PETITION - 1

first showing cause as to why an answer is inadequate.  Respondent shall file the answer with the Clerk of Court and serve a copy of the answer upon petitioner.

   (3) The answer will be treated in accordance with Local Rule CR 7.  Accordingly, upon receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and respondent may file and serve a reply brief not later than on the Thursday immediately preceding the Friday designated for consideration of the matter.

  DATED this 27th  day of March, 2007.

                   Karen L. Strombom
                   United States Magistrate Judge

ORDER FOR SERVICE AND RETURN,  2254 PETITION - 2