# United States District Court

WESTERN DISTRICT OF WASHINGTON

JASON FAIR

v.

BELINDA STEWART

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5711RBL/KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's writ of habeas corpus (Dkt. #5) is **DISMISSED WITH PREJUDICE**.

September 11, 2007                         BRUCE RIFKIN
Date                                       Clerk

                                           *s/CM Gonzalez*
                                           Deputy Clerk