HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

JASON FAIR,

    Petitioner,

v.

BELINDA STEWART,

    Respondent.

Case No. C05-5711 RBL

ORDER DENYING ISSUANCE OF CERTIFICATE OF APPEALABILITY

THIS MATTER comes on before the above-entitled Court upon Petitioner's Motion for Certificate of Appealability [Dkt. #24].

For the reasons stated in the Report and Recommendation [Dkt. #18], the Court declines to issue a certificate of appealability because the petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2).

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 15th day of October, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1